18868, 18898. ROBERTS *v.* GEORGIA SOUTHERN SUPPLY CO., INC.; and *vice versa.*

DUCKWORTH, Chief Justice. This case involves the foreclosure of a materialman's lien against real estate and does not in any way involve title

to the land; hence, the bill of exceptions and the cross-bill must be transferred to the Court of Appeals, since that court has jurisdiction under art. VI, sec. II, par. VIII of the Georgia Constitution (Code, Ann., § 2-3708), and not the Supreme Court. Code (Ann.) § 2-3704.

*Transferred to the Court of Appeals. All the Justices concur.*

SUBMITTED FEBRUARY 15, 1955—DECIDED FEBRUARY 16, 1955.

*Frank G. Wilson,* for plaintiff in error.

*John B. Harris, Jr.,* contra.